# United States Court of Appeals for the Fifth Circuit

---

No. 25-50677
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

February 18, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jorge Enrique Torres-Viera,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:25-CR-485-1

---

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Jorge Enrique Torres-Viera appeals his sentence for illegal reentry under 8 U.S.C. § 1326(a) and (b), arguing for the first time on appeal that the statutory sentencing enhancement in § 1326(b) is unconstitutional. The Government has moved for summary affirmance or, alternatively, for an extension of time in which to file a brief. Although Torres-Viera takes no

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50677

position on the motion for summary affirmance, he acknowledges his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and seeks to preserve the issue for possible Supreme Court review.

Torres-Viera is correct that his argument is foreclosed. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019); *see also Erlinger v. United States*, 602 U.S. 821, 838 (2024) (explaining that *Almendarez-Torres* "persists as a narrow exception permitting judges to find only the fact of a prior conviction" (internal quotation marks and citation omitted)). Summary affirmance is thus appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.